UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER NICOLE BUTLER,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:25-cv-01339-TLN-CSK<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 5) |

Plaintiff Jennifer Nicole Butler proceeds in this action pro se.[1] Presently pending before the Court is Plaintiff's motion for extension of time to file an amended complaint. (ECF No. 5.) Plaintiff filed a motion for an extension of time requesting 120 days to file an amended complaint due to her limited legal knowledge and the amended complaint requiring extensive legal research. *Id*. at 1. Plaintiff also states her time is limited due to currently "seeking employment and the obligations set by the family court for the Plaintiff." *Id.* The Court will grant in part Plaintiff's motion for good cause. Plaintiff will be provided an additional sixty (60) days from the date of this order, which is until December 5, 2025, to file an amended complaint in compliance with the instructions provided in the Court's August 28, 2025 Order. *See* 8/28/2025 Order (ECF No. 4).

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(21).

Accordingly, the Court ORDERS that Plaintiff's motion for extension of time (ECF No. 5) is GRANTED IN PART. Plaintiff has sixty (60) days from the date of this order, which is until December 5, 2025, to file an amended complaint in compliance with the instructions provided in the Court's August 28, 2025 Order.

Dated: October 6, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, butl1339.25