UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER NICOLE BUTLER, | Case No.  2:25-cv-01339-TLN-CSK |
| Plaintiff, | |
| v. | **ORDER** |
| COUNTY OF SHASTA, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On March 19, 2026, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice that any objections to the findings and recommendations must be filed within fourteen days. (ECF No. 9.)  No objections were filed and the time to do so has passed.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  It is the Plaintiff's responsibility to keep the court apprised of her current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations (ECF No. 9) are ADOPTED IN FULL;

2.      Plaintiff's First Amended Complaint (ECF No. 8) is DISMISSED without prejudice and without leave to amend; and

3.      The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Date: May 7, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE